The following cases in which the Court of Appeals issued published opinions have been appealed to the Supreme Court:

1. Joseph Altiro Turner
     v. Commonwealth of Virginia
     Record No. 0352-13-1
     Opinion rendered by Judge Huff on
     May 20, 2014

2. Tyquan Deonta Fagan
     v. Commonwealth of Virginia
     Record No. 1184-13-1
     Opinion rendered by Judge McCullough on
     May 20, 2014

3. George E. Boone, a/k/a George Edward Boone, Jr.
     v. Commonwealth of Virginia
     Record No. 1510-13-2
     Opinion rendered by Judge Humphreys on
     May 20, 2014

4. Robert Wayne Dawson, II
     v. Commonwealth of Virginia
     Record No. 1226-13-2
     Opinion rendered by Judge Humphreys on
     May 27, 2014

5. Preston McKellar
     v. Northrop Grumman Shipbuilding Inc., Huntington Ingalls Industries, Incorporated and Huntington Ingalls, Incorporated
     Record No. 2231-13-1
     Opinion rendered by Judge Huff on
     May 27, 2014

6. Tony Williams
     v. Commonwealth of Virginia
     Record No. 1730-13-1
     Opinion rendered by Judge Beales on
     June 10, 2014

The following cases in which the Court of Appeals issued published opinions have been disposed of by the Supreme Court:

1. Mark Farewell
    v. Commonwealth of Virginia
    Record No. 1572-12-2
    Opinion rendered by Judge Huff
      on October 12, 2013
    Refused (132030)

2. Traveyan Lee Chambliss
    v. Commonwealth of Virginia
    Record No. 0983-12-2
    Opinion rendered by Judge Huff
      on October 22, 2013
    Refused (131821)

3. Larwan Badru Bonner
    v. Commonwealth of Virginia
    Record No. 0565-11-2
    Opinion rendered by Judge Humphreys
      on December 11, 2012
    Refused (131324)

4. Andrew Jacobs
    v. Commonwealth of Virginia
    Record No. 2447-11-4
    Opinion rendered by Judge Beales
      on March 12, 2013
    Refused (130621)

5. Edward Hines Sigler
    v. Commonwealth of Virginia
    Record No. 0822-12-1
    Opinion rendered by Judge Frank
      on April 2, 2013
    Refused (130736)

6. Richard Douglas Thomas, Jr.
    v. Commonwealth of Virginia
    Record No. 0217-12-1
    Opinion rendered by Judge Kelsey
      on May 28, 2013
    Refused (131006)

7. Dwayne A. Farmer
    v. Commonwealth of Virginia
    Record No. 1389-12-1
    Opinion rendered by Judge Beales
      on August 13, 2013
    Refused (131317)

8. Ceon Maurice Fauntleroy
   v. Commonwealth of Virginia
   Record No. 1084-12-1
   Opinion rendered by Judge Beales
     on July 30, 2013
   Refused (131361)

9. Demetrie Lamont Watkins
   v. Commonwealth of Virginia
   Record No. 1124-12-1
   Opinion rendered by Judge Alston
     on August 6, 2013
   Refused (131382)

10.  Michael Tyrone Morgan
   v. Commonwealth of Virginia
   Record No. 1408-11-1
   Opinion rendered by Judge Clements
     on October 23, 2012
   Refused (121990)